Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Richard L. Beacham                                           Case No. 10-63375

Debtor(s)                                                             Chapter 7

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00) is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:   October 17, 2011                        William F. Schneider, Trustee


By:    **/s/ William F. Schneider**
William F. Schneider
P.O. Box 739
Lynchburg, VA  24505
434.528.0411
434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

| Creditor<br>Address | Amount. | |
|---|---|---|
| BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC  27894 | $1.46 | Claim No. 6 |
| BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC  27894 | $1.42 | Claim No. 7 |